**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**ROGER JOHNSON, #59930**                                                                         **PLAINTIFF**

**VERSUS**                                                       **CIVIL ACTION NO. 1:18-cv-222–HSO-JCG**

**M.D.O.C. CONTRACT MONITOR, et al.**                                    **DEFENDANTS**

**ORDER REQUIRING PLAINTIFF TO RESPOND**

      BEFORE THE COURT is pro se Plaintiff Roger Johnson's conditions of confinement Complaint [1] pursuant to 42 U.S.C. § 1983.  Plaintiff is an inmate of the Mississippi Department of Corrections ("MDOC"), currently incarcerated at the South Mississippi Correctional Institution ("SMCI").  The Defendants are identified as:  (1)  John Doe, M.D.O.C. Contract Monitor;  (2)  John Doe, Supervisor for Centurion Medical Staff; (3)  Unknown Banks, Superintendent at SMCI;  (4)  John Doe, Contract Monitor at SMCI;  (5)  Unknown Woodall, medical doctor at SMCI;  and  (6)  Unknown Mills, Warden at SMCI.  After initial review of Plaintiff's Complaint,

      **IT IS HEREBY ORDERED** that on or before October 1, 2018, Plaintiff shall file a written response to provide the full names of each Defendant.  If it is not possible for Plaintiff to provide the full name of each Defendant, Plaintiff is ordered to provide additional identifying information for each Defendant such as a physical description and a date, time, and location seen by the Plaintiff.

      The Plaintiff is warned that if he fails to fully comply with this Order in a timely manner or if he fails to keep this Court advised of his current address, this case will be dismissed

      **SO ORDERED AND ADJUDGED,** this the 10th day of September, 2018.

                                                     s/John C. Gargiulo
                                                   UNITED STATES MAGISTRATE JUDGE